ROSARIO, PETICIONARIO, *v.* ROSSY, JUEZ DE DISTRITO, DEMANDADO..

SOLICITUD para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de San Juan, Sección 2ª., en una causa sobre infracción del artículo 553 del Código Penal.

No. 144.—Resuelto en junio 23, 1915.

RESUELTO por los fundamentos de la opinión emitida en el caso No. 143 de *Pérez v. Rossy, Juez de Dstrito,* página 615.

Abogado del peticionario: *Sr. M. Romany.*
El demandado no compareció.

> *Declarada con lugar la solicitud de* certiorari
> *y anulada la resolución de 29 de mayo de*
> *.1915.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.